**08 CV 02950**

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA VIONI and<br>HEDGE CONNECTION INC., : <br> : <br>  Plaintiffs, : <br> : <br>  v. : <br> : <br> AMERICAN CAPITAL STRATEGIES, LTD., : <br> PROVIDENCE INVESTMENT MANAGEMENT, LLC, : <br> PROVIDENCE INVESTMENT PARTNERS, LLC, : <br> And RUSSELL JEFFREY, : <br> : <br>  Defendants. : | Civil Action No.<br>08-cv- \_\_\_\_\_ (\_\_\_)<br><br>JURY TRIAL DEMANDED |

HEDGE CONNECTION, INC. DISCLOSURE STATEMENT

(Rule 7.1 Fed.R.Civ.P.)

PLEASE TAKE NOTICE that, Hedge Connection, Inc., by its attorneys, Carey & Associates LLC, makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

As of March 19, 2008, no corporation owns any stock in Hedge Connection, Inc.

Dated: New York, New York
       March 19, 2008

>Respectfully submitted,
>
>CAREY & ASSOCIATES LLC
>
>By _____
>   Michael Q. Carey
>Attorneys for Hedge Connection, Inc.
>521 Fifth Avenue, Suite 3300
>New York, New York 10175-3399
>Tel: 212-758-0076
>mqc@CareyLitigation.com