```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 0 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

LISA VIONI and HEDGE CONNECTION INC.,     Case No. 08 CV 02950 (PAC)
                                                       (ECF Case)
                                Plaintiffs,

                - against -                          **STIPULATION AND ORDER**

AMERICAN CAPITAL STRATEGIES, LTD.,
PROVIDENCE INVESTMENT MANAGEMENT,
LLC, PROVIDENCE INVESTMENT PARTNERS,
LLC, and RUSSELL JEFFREY,

                                Defendants.

----------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that Defendants' time to move, answer or otherwise respond to Plaintiffs' Complaint shall be extended up to and including May 16, 2008.

Dated:    New York, New York
            April 9, 2008

                                                  CAREY & ASSOCIATES LLC

                                                  By: _____
                                                      Michael Q. Carey
                                                  520 Fifth Avenue, Suite 3300
                                                 New York, NY 10175-3399
                                                 Telephone:   (212) 758-0076
                                                 Facsimile:    (212) 758-0069
                                                 mqc@CareyLitigation.com

                                                 *Attorneys for Plaintiffs*

ARNOLD & PORTER LLP

By: _____
Stewart D. Aaron
Erik C. Walsh
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
stewart.aaron@aporter.com
erik.walsh@aporter.com

*Attorneys for Defendants*

SO ORDERED:

_____
Paul A. Crotty, U.S.D.J.

Dated: April 10, 2008