**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LISA VIONI and
HEDGE CONNECTION INC.,

           Plaintiffs,

           -against-

AMERICAN CAPITAL STRATEGIES, LTD.,
PROVIDENCE INVESTMENT MANAGEMENT, LLC,
PROVIDENCE INVESTMENT PARTNERS, LLC,
and RUSSELL JEFFREY,

           Defendants.
------------------------------------------------------------X

Case No. 08 CV 02950
(Judge Crotty)

AFFIDAVIT OF SERVICE

DISTRICT OF COLUMBIA  )
S.S.:

        FRED PARSON, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 24th day of March, 2008, at approximately the time of 2:20 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; RULE 7.1 DISCLOSURE STATEMENT; INDIVIDUAL PRACTICES OF JUDGE PAUL A. CROTTY, U.S.D.J.; AND INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX upon AMERICAN CAPITAL STRATEGIES, LTD. at Two Bethesda Metro Center, 14th Floor, Bethesda, MD, by personally delivering and leaving the same with PAMELA POWELL, who informed deponent that she holds the position of Executive Assistant with that company and is authorized by appointment to receive service at that address.

        PAMELA POWELL is a black female, approximately 40 years of age, stands approximately 6 feet 0 inches tall, weighs approximately 170 pounds with black hair.

_____
FRED PARSON

Sworn to before me this
3rd day of April, 2008

_____
NOTARY PUBLIC

Angela H. Croson
Notary Public, District of Columbia
My Commission Expires 3-31-2009

D.L.S., Inc.
101 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com