**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LISA VIONI and HEDGE CONNECTION, INC.,

        Plaintiffs,

        -against-

AMERICAN CAPITAL STRATEGIES, LTD.,
PROVIDENCE INVESTMENT MANAGEMENT, LLC,
PROVIDENCE INVESTMENT PARTNERS, LLC,
and RUSSELL JEFFREY,

        Defendants.
------------------------------------------------------------X

Case No. 08 CV 02950
(Judge Crotty)

AFFIDAVIT OF SERVICE

STATE OF RHODE ISLAND  )
        S.S.:
COUNTY OF PROVIDENCE  )

    PAUL G. HUGHES, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 25th day of March, 2008, at approximately the time of 12:00 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; RULE 7.1 DISCLOSURE STATEMENT; INDIVIDUAL PRACTICES OF JUDGE PAUL A. CROTTY, U.S.D.J.; AND INDIVIDUAL RULES OF PRACTICE OF JUDGE KEVIN NATHANIEL FOX upon PROVIDENCE INVESTMENT PARTNERS, LLC c/o Providence Investment Management, LLC at 76 Westminster Street, Suite 1400, Providence, RI, by personally delivering and leaving the same with RUSSELL JEFFREY who informed deponent that he holds the position of C.E.O. as General Partner with that company and is authorized by law to receive service at that address.

    RUSSELL JEFFREY is a white male, approximately 50 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 145 pounds with gray hair wearing glasses.

_____
PAUL G. HUGHES

Sworn to before me this
31 day of March 2008

_____
NOTARY PUBLIC

S. L. MALLINSON, Notary Public
State of RI and Providence Plantations
My Commission Expires 8/16/2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com