UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LISA VIONI and HEDGE CONNECTION INC.,

                    Plaintiffs,

    - against –                             Case No. 08 CV 02950 (PAC)
                                                        (ECF Case)
AMERICAN CAPITAL STRATEGIES, LTD.,
PROVIDENCE INVESTMENT MANAGEMENT,
LLC, PROVIDENCE INVESTMENT PARTNERS,
LLC, and RUSSELL JEFFREY,

                    Defendants.

-----------------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stewart D. Aaron of the firm of Arnold & Porter LLP shall appear as counsel of record for American Capital Strategies, Ltd, Providence Investment Management, LLC, Providence Investment Partners, LLC and Russell Jeffrey.

Dated: New York, New York        ARNOLD & PORTER LLP
       May 28, 2008

                                                By: /s/ Stewart D. Aaron
                                                  Stewart D. Aaron (SA 1276)
                                            399 Park Avenue
                                            New York, New York 10022
                                            (212) 715-1000 (telephone)
                                            (212) 715-1399 (facsimile)
                                            Stewart.Aaron@aporter.com

                                            *Attorneys for Defendants*

TO: Michael Q. Carey, Esq.
Carey & Associates LLC
521 Fifth Avenue, Suite 3300
New York, NY 10175-3399
mqc@careylitigation.com