UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LISA VIONI and HEDGE CONNECTION INC.,

                Plaintiffs,

  - against –                               Case No. 08 CV 02950 (PAC)
                                                 (ECF Case)
AMERICAN CAPITAL STRATEGIES, LTD.,
PROVIDENCE INVESTMENT MANAGEMENT,
LLC, PROVIDENCE INVESTMENT PARTNERS,
LLC, and RUSSELL JEFFREY,

                Defendants.

-----------------------------------------------------------------X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Erik C. Walsh of the firm of Arnold & Porter LLP shall appear as counsel for American Capital Strategies, Ltd, Providence Investment Management, LLC, Providence Investment Partners, LLC and Russell Jeffrey.

Dated:  New York, New York            ARNOLD & PORTER LLP
          May 28, 2008

                                            By: _____
                                                Erik C. Walsh
                                                399 Park Avenue
                                                New York, New York 10022
                                                (212) 715-1000 (telephone)
                                                (212) 715-1399 (facsimile)
                                                Erik.Walsh@aporter.com

                                                *Attorneys for Defendants*

2

TO: Michael Q. Carey, Esq.
Carey & Associates LLC
521 Fifth Avenue, Suite 3300
New York, NY 10175-3399
mqc@careylitigation.com