UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LISA VIONI and HEDGE CONNECTION INC.,

                          Plaintiffs,

- against –

AMERICAN CAPITAL STRATEGIES, LTD.,
PROVIDENCE INVESTMENT MANAGEMENT,
LLC, PROVIDENCE INVESTMENT PARTNERS,
LLC, and RUSSELL JEFFREY,

                          Defendants.

-----------------------------------------------------------------X

Case No. 08 CV 02950 (PAC)
(ECF Case)

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), undersigned counsel hereby certifies that: (1) none of the defendants have a parent corporation and (2) no publicly held corporation directly or indirectly owns 10% or more of the stock of any of the defendants.

Dated: New York, New York
        June 24, 2008

ARNOLD & PORTER LLP

By: _____
    Stewart D. Aaron
    Erik C. Walsh
399 Park Avenue
New York, NY 10022
(212) 715-1000
(212) 715-1399 (fax)
Stewart.Aaron@aporter.com
Erik.Walsh@aporter.com

*Attorneys for Defendants*