Dated July 21, 2008

**UNITED STATES DISTRICT COURT**

**FOR THE**

**SOUTHERN DISTRICT OF NEW YORK**

```
LISA VIONI and                                  :
HEDGE CONNECTION INC.,                          :
                                                :
                    Plaintiffs,    :  Civil Action No.
                                   :  08-cv-02950 (PAC)
         v.                        :
                                   :  (ECF CASE)
AMERICAN CAPITAL STRATEGIES, LTD., :
PROVIDENCE INVESTMENT MANAGEMENT, LLC, : JURY TRIAL DEMANDED
PROVIDENCE INVESTMENT PARTNERS, LLC,   :
And RUSSELL JEFFREY,               :
                                   :
                    Defendants.    :
```

**CERTIFICATE OF SERVICE**

    I certify that on July 21, 2008, I served the Amended Complaint, filed July 21, 2008, by e-mail addressed to Stewart D. Aaron, Arnold & Porter LLP, Attorneys for Defendants, at Stewart.Aaron@aporter.com

    I certify, under penalty of perjury, pursuant to 28 U.S.C. § 1746 and SDNY Local Rule 1.10 that the forgoing is true and correct.

Executed on July 21, 2008

                                              */s/ MICHAEL Q. CAREY*
                                                 Michael Q. Carey
                                            Carey & Associates LLC
                                            521 Fifth Avenue, Suite 3300
                                            New York, NY 10175-3399
                                            Tel. (212) 758 0076
                                            Fax: (212) 758-0069
                                            mqc@CareyLitigation.com