UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| LISA VIONI and HEDGE CONNECTION INC., | Case No. 08 CV 02950 (PAC) (ECF Case) |
| Plaintiffs, | |
| - against - | **NOTICE OF MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |
| AMERICAN CAPITAL STRATEGIES, LTD., PROVIDENCE INVESTMENT MANAGEMENT, LLC, PROVIDENCE INVESTMENT PARTNERS, LLC, and RUSSELL JEFFREY, | |
| Defendants. | |

------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Stewart D. Aaron in Support of Defendants' Motion to Dismiss the Amended Complaint, dated July 28, 2008, and the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, Defendants, by their undersigned counsel, will move this Court, before the Honorable Paul A. Crotty, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the action as to all Defendants

for failure to state a claim upon which relief may be granted, and awarding any other further relief as the Court deems just and proper.

Dated: New York, New York
July 28, 2008

**ARNOLD & PORTER LLP**

By: _____
Stewart D. Aaron
Erik C. Walsh
399 Park Avenue
New York, New York 10022
Telephone:  (212) 715-1000
Facsimile:  (212) 715-1399
stewart.aaron@aporter.com
erik.walsh@aporter.com

*Attorneys for Defendants*

TO:   Michael Q. Carey, Esq.
      CAREY & ASSOCIATES LLC
      521 Fifth Avenue, Suite 3300
      New York, New York 10175-3399