Dated August 5, 2008

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LISA VIONI and HEDGE CONNECTION INC.,

                Plaintiffs,

      - against –

AMERICAN CAPITAL STRATEGIES, LTD.,
PROVIDENCE INVESTMENT MANAGEMENT,
LLC, PROVIDENCE INVESTMENT PARTNERS,
LLC, and RUSSELL JEFFREY,

                Defendants.

-------------------------------------------------------------X

Case No. 08 CV 02950 (PAC)
(ECF Case)

**STIPULATION AND ORDER**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 1 2008
```

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, that Plaintiffs shall have until September 5, 2008 to serve papers in opposition to Defendants' motion to dismiss the Amended Complaint.

    IT IS HEREBY FURTHER STIPULATED AND AGREED that Defendants shall have until September 19, 2008 to serve papers in reply.

    Consistent with the Individual Practices of the Court, no time was set for the hearing of this motion. No previous request has been made to extend the time for the parties to serve the papers described above. This request is by consent of the attorneys for the respective parties. No scheduling order has been issued and this request does not

affect any scheduled dates.

Dated:   New York, New York
         August 5, 2008

                                                   **CAREY & ASSOCIATES LLC**

By: _____
      Michael Q. Carey
520 Fifth Avenue, Suite 3300
New York, NY 10175-3399
Telephone:   (212) 758-0076
Facsimile:   (212) 758-0069
mqc@CareyLitigation.com

*Attorneys for Plaintiffs*

**ARNOLD & PORTER LLP**

By: _____
      Stewart D. Aaron (SA 1276)
      Erik C. Walsh (EW 2765)
399 Park Avenue
New York, New York 10022
Telephone:   (212) 715-1000
Facsimile:   (212) 715-1399
stewart.aaron@aporter.com
erik.walsh@aporter.com

Attorneys for Defendants

**SO ORDERED:**

_____   Dated:  AUG 1 1 2008
Paul A. Crotty, U.S.D.J.

2

**CAREY & ASSOCIATES LLC**
ATTORNEYS AT LAW
521 FIFTH AVENUE, SUITE 3300
NEW YORK, NY 10175-3399

---

(212) 758-0076
Telecopier: (212) 758-0069

Michael Q. Carey *                                          MQC@CareyLitigation.com

By E-Mail: CrottyNYSDChambers@nysd.uscourts.gov

August 7, 2008

Hon. Paul A. Crotty
United States District Judge
United States Courthouse, Chambers 735
500 Pearl Street
New York, NY 10007

Re.:    Vioni et al v. American Capital Strategies, Ltd. et al,
        Civil Action No. 08-cv-2950 (PAC)

Subj:   Stipulation on Defendants' Motion to Dismiss

Dear Judge Crotty:

  Enclosed is a proposed Stipulation and Order that sets forth the schedule counsel to each party has agreed on with respect to papers to be served, in opposition and reply, on the motion to dismiss the Amended Complaint.

Respectfully Yours,

*[signature]*

Michael Q. Carey

Enclosures (1)

Cc.:    Eric Walsh, Esq. (by e-mail, w. enc.)
        Stewart D. Aaron, Esq. (by e-mail, w. enc.)

---

* Also Admitted in New Jersey