**CAREY & ASSOCIATES LLC**
ATTORNEYS AT LAW
521 FIFTH AVENUE, SUITE 3300
NEW YORK, NY 10175-3399
— — —
(212) 758-0076
Telecopier: (212) 758-0069

Michael Q. Carey *                              MQC@CareyLitigation.com

By E-Mail: CrottyNYSDChambers@nysd.uscourts.gov

September 3, 2008

Hon. Paul A. Crotty
United States District Judge
United States Courthouse, Chambers 735
500 Pearl Street
New York, NY 10007

Re.:   Vioni et al v. American Capital Strategies, Ltd. et al,
       Civil Action No. 08-cv-2950 (PAC)

Subj:  Request for Leave to File Enlarged Memo

Dear Judge Crotty:

   Plaintiffs will serve and file their memorandum of law in opposition to defendants' motion to dismiss the Amended Complaint on Friday, September 5, 2008. The Individual Practices of the Court specify a limit of 25 pages for the memorandum.
   Plaintiffs request leave of Court to submit a memorandum of 45 pages, exclusive of pages for covers, contents and authorities.

Respectfully Yours,

Michael Q. Carey

Enclosures (0)

Cc.:   Eric Walsh, Esq. (by e-mail)
       Stewart D. Aaron, Esq. (by e-mail)

* Also Admitted in New Jersey

---

**MEMO ENDORSED**

The Request is Denied

SO ORDERED:   SEP 0 3 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 3 2008